# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHRISTIE DIOSOMITO,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION,<br><br>Defendant. | Case No. 16-cv-02279-BLF<br><br>**ORDER RE NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>[Re: ECF 11] |

Plaintiff has filed a Notice of Settlement of Entire Case, indicating that a Request for Dismissal will be filed within 45 days of the date of settlement, June 1, 2016. ECF 11. Accordingly, the Court ORDERS the parties to submit a stipulation of dismissal or otherwise update the Court on the status of settlement by no later than July 18, 2016.

**IT IS SO ORDERED.**

Dated: July 5, 2016

_____
BETH LABSON FREEMAN
United States District Judge