# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHRISTIE DIOSOMITO,<br>    Plaintiff,<br>        v.<br>GLOBAL CREDIT & COLLECTION CORPORATION,<br>    Defendant. | Case No.  16-cv-02279-BLF<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On July 5, 2016, Plaintiff Christie Diosomito filed a notice of settlement of the entire case. ECF 11.  The Court has twice since ordered the Parties to submit a stipulation of dismissal or otherwise update the Court on the status of settlement.  ECF 12 (ordering an update or stipulation of dismissal by July 18, 2016), 13 (ordering an update or dismissal by August 19, 2016).  The Parties have not complied with either order.  In its August 12 order, the Court warned the Parties that failure to comply with the order would result in issuance of an order to show cause regarding dismissal.  ECF 13.

Accordingly, the Parties are hereby ORDERED TO SHOW CAUSE, in writing and on or before September 6, 2016, why this action should not be dismissed with prejudice for failure to prosecute and failure to comply with a court order.  *See* Fed. R. Civ. Proc. 41(b); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (listing factors relevant to whether to dismiss for lack of prosecution).

**IT IS SO ORDERED.**

Dated: August 22, 2016

_____
BETH LABSON FREEMAN
United States District Judge