**THERESE S. HARRIS (SBN 246711)**
OF COUNSEL
M. HARVEY REPHEN & ASSOCIATES, P.C.
935 RIVERSIDE DRIVE, SUITE 7B
PASO ROBLES, CA 93446
Telephone: 805-369-2053
Facsimile: 805-715-7824
tharris@tharrislawoffice.com

Attorney for Petitioner, CHRISTIE DIOSOMITO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE DIOSOMITO, an individual, | CASE NO:   5:16-cv-02279-BLF |
| Plaintiff, | ORDER GRANTING REQUEST TO DISMISS ENTIRE ACTION |
| and | |
| GLOBAL CREDIT & COLLECTIONS CORPORATION, | |
| Defendant. | |

Based on the Request to Dismiss Entire Action filed in this action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above-captioned action is dismissed.

IT IS SO ORDERED:

DATED: August 24, 2016

*[signature]*
JUDGE